UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-60298-CIV-JORDAN

| | |
|---|---|
| MARTY JACOBSEN | ) |
| Plaintiff | ) ) ) |
| vs. | ) ) |
| WELLS FARGO BANK, | ) ) |
| Defendant | ) ) |

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the parties' stipulation of dismissal [D.E. 16], this case is DISMISSED WITH PREJUDICE. Each party shall bear its own fees and costs. All pending motions are denied as moot, and this case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 29th day of July, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record